No. 4654.—MOLLA, ET AL., apltes., *v.* McK. JONES, apldo. —C. D. Ponce. No- viembre 25, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, cuando una parte que apela para ante la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito de una sentencia dictada por esta corte deja de perfeccionar su recurso, no incumbe a este tribunal ha- cer declaración alguna;

POR TANTO, no ha lugar a la desestimación solicitada.

No. 5613.—BERIO, ETC., apldos. *v.* DÍAZ, aplte.—C. D. San Juan. Noviembre 25, 1931.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Basándose únicamente la moción escrita del apelado so- licitando la desestimación del recurso en que no se ha radi- cado una exposición del caso y no siendo dicho motivo sufi- ciente por sí solo para desestimar cuando existe como existe aquí una transcripción de los autos radicada en tiempo y que no se ha alegado que sea insuficiente, no ha lugar.